IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, #197053, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-313-WKW |
| | ) |
| LT. INOLOR, SGT. PERSON, | ) |
| SGT. LINDSEY, and J. ANGLIN, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 5, 2018, the Magistrate Judge filed a Recommendation (Doc. # 29) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 29) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 2nd day of April, 2018.

                                        /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE